UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00297(1)-CRW |
| | § | |
| (1) Miguel Tinoco-Benitez | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 13, 2026, wherein the defendant (1) Miguel Tinoco-Benitez waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Miguel Tinoco-Benitez to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Miguel Tinoco-Benitez's plea of guilty to Count One (1) is accepted.

Signed this 27th day of October, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE